**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KENNETH H.,

                    Plaintiff,                    21 **CIVIL** 7570 (GRJ)

     -v-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated October 11, 2022, the Commissioner's decision is REVERSED, Plaintiff is GRANTED Judgment on the Pleadings, and this matter is REMANDED for further proceedings consistent with this Decision and Order; accordingly, the case is closed.

**Dated:**  New York, New York
          October 11, 2022

                                                          **RUBY J. KRAJICK**

                                                           **Clerk of Court**
                                 **BY:**   *K. Mango*

                                                           **Deputy Clerk**